## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JEANE L. DINTELMAN

vs.                                    NO. 3:07CV00081 SWW

UNITED STATES of AMERICA

### <u>ORDER</u>

Before the Court is the parties' joint motion to extend time to file the Rule 26(f) Report which was due to be filed by November 9, 2007, and a request that other deadlines be extended.  For good cause shown, the Court will grant the motion.

IT IS ORDERED that the parties' joint motion is granted.  The parties are to conduct the Rule 26(f) conference by December 14, 2007, and are to file their Rule 26(f) Report by December 21, 2007.  A Rule 16(b) conference will be scheduled, if necessary, after the report is filed.

DATED this 16th day of November, 2007.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE