# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEANE L. DINTELMAN

vs.                              NO. 3:07CV00081 SWW

USA

### ORDER

Counsel in the above-styled case having notified the Court that the trial previously scheduled March 23, 2009, conflicted with prior commitments, the case has been rescheduled for trial to the Court to commence the week beginning **MONDAY, AUGUST 31, 2009**, at **9:30 a.m.** in Little Rock, Arkansas.  Counsel should be present 30 minutes prior to that time.

All deadlines have expired therefore any extensions will be by order of the Court.

IT IS SO ORDERED this 5th day of February 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE