IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JEANE L. DINTELMAN | |
| Plaintiff | |
| VS. | |
| UNITED STATES OF AMERICA | |
| Defendant | NO: 3:07CV00081 SWW |
| UNITED STATES OF AMERICA | |
| Counter Claimant | |
| VS. | |
| JEANE L. DINTELMAN and JIM L. DINTELMAN | |
| Counter Defendants | |

**ORDER**

Before the Court is Defendant's motion *in limine*, which Defendant/Counter Claimant filed before continuation of the trial date. The Court will not address motions *in limine* in this case until a time closer to trial. Accordingly, the motion *in limine* [docket entry #39] is DENIED WITHOUT PREJUDICE. Defendant/Counter Claimant should resubmit the motion at a time closer to trial.

IT IS SO ORDERED THIS 3ʳᴅ DAY OF MARCH, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE