## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JEANE L. DINTELMAN | * | |
| Plaintiff | * | |
| VS. | * | |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |
|  | * | NO: 3:07CV00081   SWW |
| UNITED STATES OF AMERICA | * | |
| Counter Claimant | * | |
| VS. | * | |
| JEANE L. DINTELMAN and JIM L. DINTELMAN | * | |
| Counter Defendants | * | |

**ORDER**

Before the Court is the United States' unopposed motion for an extension of time in which to respond to Plaintiff's motion for summary judgment.  The motion (docket entry #79) is GRANTED. The United States has up to and including August 14, 2009 in which to file a response.  Trial in this matter, currently set for August 31, 2009 in Little Rock is continued.  A new trial date will be set by separate order at a later date.

IT IS SO ORDERED THIS 22nd DAY OF JULY, 2009

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE