## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEANE L. DINTELMAN

vs.                                   NO. 3:07CV00081 SWW

UNITED STATES OF AMERICA

### ORDER

Before the Court is plaintiff's motion to continue the trial [doc #96] in the above matter previously scheduled for June 13, 2011.  The defendant has no objection to the continuance.  The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

The trial of this matter is rescheduled for trial to the Court during the week beginning ***MONDAY, AUGUST 29, 2011,*** commencing at *9:30 a.m.*, *in Little Rock*, Arkansas.  Counsel should be present 30 minutes prior to the time of trial.

All deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 18th day of May 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE