# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEANE L. DINTELMAN

vs.                              NO.  3:07CCV00081  SWW

USA

### ORDER

The Court previously granted a motion to continue the trial in this matter scheduled for August 29, 2011. Upon agreement of the parties, the Court trial is rescheduled for **Monday, January 23, 2012 at 9:30 in Courtroom A530 in Little Rock, Arkansas**.  All the deadlines remain as previously scheduled and consistent with the new date.

IT IS SO ORDERED this 29th day of September 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE