IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **JEANE DINTELMAN FORTNER** ) | |
| ) | |
| **Plaintiff and Defendant to** ) | |
| **Counterclaim** ) | |
| ) | |
| v. ) | Docket No. 3-07CV00081SWW |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant and Plaintiff on** ) | |
| **Counterclaims** ) | |
| ) | |
| v. ) | |
| ) | |
| **JIM LEE DINTELMAN** ) | |
| ) | |
| **Defendant to Counterclaim** ) | |

**JUDGMENT**

On January 23, 24, and 25 of 2012, the Court held a bench trial regarding Plaintiff Jeane Dintelman Fortner's claim for a refund and abatement of trust fund recovery penalties assessed against her by the United States pursuant to 26 U.S.C. § 6672. It also heard the United States' counterclaim for a judgment of the unpaid balance on those assessed penalties. In its oral ruling from the bench and in later written Findings of Fact and Conclusions of Law issued on February 3, 2012, the Court ruled against Jeane Dintelman Fortner on her refund and abatement claims and in favor of the United States on its counterclaim. Accordingly, it is hereby:

**ORDERED** that Jeane Dintelman Fortner shall not recover any amount from the United States by way of her Complaint filed in this action, and that such Complaint is hereby dismissed, with prejudice. It is further,

**ORDERED** that Judgment is entered in favor of the United States on its

Counterclaim asserted against Jeane Dintelman Fortner for the unpaid balances of the "trust fund recovery penalties" assessed against Jeane Dintelman Forter, plus all accrued interest, that relate to the federal employment taxes that were required to be withheld from the wages of employees of Elite Medical Services, Inc. and paid to the United States for the fourth quarter of 2002 and the first three quarters of 2003, which total $57,334.63 as of February 10, 2012, plus interest accruing thereafter as provided by law, pursuant to 26 U.S.C. § 6621, until paid.

**ENTERED** this 14th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Approved as to Form:


/s/ Eugene G. Sayre
Eugene G. Sayre
ATTORNEY FOR PLAINTIFF


CHRISTOPHER THYER
U. S. ATTORNEY FOR THE
    EASTERN DISTRICT OF ARKANSAS


By:   /s/ Sean M. Green
      Sean M. Green
      Trial Attorney, Tax Division,
      U. S. Department of Justice

ATTORNEYS FOR THE UNITED STATES